THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ALVIN M. BALLARD, Defendant-Appellant.

(No. 58806; )

First District (3rd Division)—January 17, 1974.

*Rehearing denied March 1, 1974.*

PER CURIAM.

Paul Bradley, Deputy Defender, of Chicago (James R. Streicker, Assistant Appellate Defender, and Charles I. Weitzman, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Mariann Twist, and Nicholas P. Iavarone, Assistant State's Attorneys, of counsel), for the People.